DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| | | | |
|---|---|---|---|
| 275P15 | State v. Reco Kamson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 279P15 | State v. Frederick D. Gibbs | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-1052) | 1. Denied |
| | | 2. State's Motion to Deem Response Timely Filed | 2. Allowed |
| 280P15 | In re Foreclosure of Real Property Under Deed of Trust from Michael D. Gutowski and Mary Anne Gutowski, in the Original Amount of $286,000, Dated November 9, 2006 and Recorded on November 15, 2006 in Book 4367 at Page 502, Union County Registry; Trustee Services of Carolina, LLC, Substitute Trustee | 1. Respondents' Notice of Appeal Based Upon a Constitutional Question (COA14-881) | 1. |
| | | 2. Respondents' *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. |
| | | 3. Respondents' *Pro Se* Motion for Stay of Foreclosure Sale | 3. Denied 08/25/2015 |
| | | 4. Respondents' *Pro Se* Motion to Enjoin All Other State Actions | 4. |
| | | 5. Petitioner's Motion to Dismiss Appeal | 5. |
| | | 6. Respondents' *Pro Se* Motion for Stay in Light of Bankruptcy Filing | 6. |
| 282P15 | Harvey D. Kohn, M.D. v. FirstHealth of the Carolinas, Inc. d/b/a Moore Regional Hospital | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1210) | Denied |
| 283P15 | State v. Robert Earl Wilkerson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-95) | Denied |
| 290P15 | State v. Jeffrey Tryon Collington | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1244) | Denied |
| 293P15 | State v. Steven Faison-El | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-543) | Dismissed |
| 297P15 | State v. Terrance Javarr Ross | 1. State's Motion for Temporary Stay (COA15-87) | 1. Allowed 08/21/2015 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |